UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE    CINCINNATI    CASUALTY
COMPANY,

      Plaintiff,

v.                                    Case No:  2:26-cv-346-JES-NPM

SIM-BELL,    LLC,    and    GARY
SIMMONS, Individually,

      Defendants.

_____

**OPINION AND ORDER**

This matter comes before the Court on review of Defendant Gary Simmons's Motion to Dismiss (Doc. #6) filed on April 14, 2026. "Before filing a motion in a civil action, except a motion for Rule 11 sanction, for injunctive relief, for judgment on the pleadings, for summary judgment, or to certify a class, the movant must confer with the opposing party in a good faith effort to resolve the motion."  M.D. Fla. R. 3.01(g).  The motion will be denied for failure to confer with Plaintiff before filing the motion and for failure to include a certification of conference in the motion.

Accordingly, it is now

**ORDERED:**

Defendant Gary Simmons's Motion to Dismiss (Doc. #6) is

**DENIED without prejudice.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___5th___ day of

May 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record

-2-